UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACOB SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:14-cv-01173-TWP-DKL |
| ) | |
| COMPLETE PAYMENT ) | |
| RECOVERY SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Plaintiff, Jacob Sutton, by counsel and Defendant, Complete Payment Recovery Services, Inc., having filed with this Court their Joint Motion to Dismiss this case as to the Defendant, with prejudice, and the Court having seen, examined and considered the motion, now

HEREBY ORDERS, ADJUDGES AND DECREES, this cause of action is dismissed with prejudice.

Dated: 12/19/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Peter A. Velde
pvelde@k-glaw.com

Jonathan L. Albright, Jr.
jon@albrightandalbright.com

141082\2590955-1